THE LAW OFFICES OF NEIL B. CONNELLY
Attorneys for the Creditor-Plaintiff
Michael Kuo Corporation
99 Church Street
White Plains, New York 10601
(914) 328-4100

Neil B. Connelly (NC-9976)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Chapter 11
In re:

ULTIMATE FITNESS OF MANHATTAN, INC.,           Case No. 06-11396(ALG)
ULTIMATE FITNESS OF N.Y., INC.,                Case No. 06-11397(ALG)

                    Debtors.           (Jointly Administered)
-----------------------------------------------------------------------X
MICHAEL KUO CORPORATION,

                    Plaintiff,           **NOTICE OF APPEAL**

    -against-

ULTIMATE FITNESS OF MANHATTAN, INC., d/b/a
POWERHOUSE GYM & FITNESS CENTER AND FIFTY     Adv.Pro.No.:
EAST FORTY SECOND COMPANY, LLC,               06-01746 (ALG)

                    Defendants.
-----------------------------------------------------------------------X

    MICHAEL KUO CORPORATION, the plaintiff appeals under 28 U.S.C. § 158(a) or (b) from each and every part of that certain judgment, order or decree of the bankruptcy judge Justice Allan L. Gropper entered in this adversary proceeding on the 24th day of August, 2007. Plaintiff also elects for this matter to be heard by the United States District Court for the Southern District of New York, as opposed to the Bankruptcy Court Appellate Panel.

    The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Michael Kuo Corporation | Neil B. Connelly, Esq. |
| 42-24 College Point Boulevard | 99 Church Street |

| | |
|---|---|
| Flushing, New York 111355 | 4th Floor<br>White Plains, New York 10601<br>(914) 328-4100 |
| Ultimate Fitness of Manhattan, Inc.<br>52 East 42nd Street<br>New York, New York 10017 | Moss & Kalish, PLLC<br>122 East 42nd Street, Suite 2100<br>New York, NY 10168 |
| 2305 Bay Terrace<br>Ship Bottom, New Jersey 08008 | Rattet, Pasternnak, & Gordon Oliver<br>550 Mamaroneck Avenue<br>Harrison, NY 10528 |
| 50 East Forty Second Company, LLC<br>501 Fifth Avenue<br>New York, New York 10017 | Stadtmauer Bailkin LLP<br>850 Third Avenue<br>New York, NY 10022 |

Dated:  September 5, 2007

    Signed: _____/s/_____
    Attorney for Appellant
    Neil B. Connelly, Esq. (9976)
    99 Church Street, 4th Floor
    White Plains, New York 10601
    (914) 328-4100