

**MEMO ENDORSED**

Neil B. Connelly

———

Sharon M. Edwards
Aaron A. Mitchell

# *Neil B. Connelly, Esq.*

*A Professional Limited Liability Company*
99 Church Street
White Plains, New York 10601-1505
Phone 914-328-4100
Fax 914-684-0401

Donald P. Henry
Of Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-07

October 11, 2007

The Honorable Leonard B. Sand
Justice
US District Court
Southern District of New York
Manhattan Division
40 Foley Square
New York, NY 10007

Re:   Michael Kuo Corporation vs. Ultimate Fitness of Manhattan, Inc. d/b/a
       Powerhouse Gym & Fitness Center and Fifty East Forty Second Company, LLC
       Case No. 07 Civ.-8632

Dear Justice Sand:

This office represents Appellant, Michael Kuo Corporation, in the above-captioned matter. Please allow this letter to serve as Appellant's request for an extension of the time within which it must file its Brief. Presently, Appellant's Brief must be filed by October 25, 2007. We have obtained the consent of counsel to the Appellee to extend the time to file Appellant's Brief until November 8, 2007.

If you should have any further questions or concerns regarding the above, please do not hesitate to contact the undersigned.

Respectfully yours,

*Sharon M. Edwards*
Sharon M. Edwards

*Granted*

*[signature]*
10/16/07

NBC/pb

cc:  Michael Simon, Esq.
     James Schwartzman, Esq.

**MEMO ENDORSED**